# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSHUA STANLEY SUMNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-099 |
| | ) | |
| OFFICER PHILLIPS, and | ) | |
| OFFICER SISSON COI | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Joshua Sumner brings this action to recover for injuries that he alleges he suffered in Polk and Floyd counties while incarcerated at Floyd County Correctional Institution. See doc. 1 at 5. He is now incarcerated at Jimmy Autry State Prison in Pelham, Georgia. *See id* at 4. Pelham is in Mitchell County, Georgia. Polk and Floyd Counties are in the Northern District of Georgia, *see* 28 U.S.C. § 90(a), and Mitchell County is in the Middle District of Georgia, *see* 28 U.S.C. § 90(b). There is, therefore, no apparent connection to the Southern District of Georgia, much less the Savannah Division. *See* 28 U.S.C. § 90(c).

Since the events giving rise to Sumner's Complaint appear to have all taken place in the Northern District, the Court will transfer his case there. *See* 28 U.S.C. §§ 1391(b) (establishing proper venue in, among other districts, "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred,"), 1404(a) (allowing "transfer [of] any civil action to any other district or division where it might have been brought"). The Clerk is thus **DIRECTED** to transfer this case to the United States District Court for the Northern District of Georgia for all further proceedings.

**SO ORDERED**, this  15th  day of June, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
